Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

__Middle__ District of __Florida__

__Jacksonville__ Division

Kent Allen Jr.
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

David Klein
Roland Powell
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 3:21-cv-539-TJC-MCR
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☐ Yes  ☒ No

## COMPLAINT FOR A CIVIL CASE

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Kent Allen Jr.
Street Address: 8201 SW 3rd Ct
City and County: North Lauderdale
State and Zip Code: Florida 33068
Telephone Number: 404.721.9050
E-mail Address: nerdsfinancial@gmail.com

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

**Defendant No. 1**

Name: David Klein
Job or Title (if known): CEO of Canopy Growth
Street Address: 1 Hershey Drive
City and County: Smiths Falls
State and Zip Code: Ontario K7A 0A8
Telephone Number: 1-855-558-9333
E-mail Address (if known): —

**Defendant No. 2**

Name: Roland Powell
Job or Title (if known): Entertainer for Empire
Street Address: 235 Pine St Fl 24
City and County: San Francisco
State and Zip Code: CA 94104
Telephone Number: 415-410-7641
E-mail Address (if known):

**Defendant No. 3**

Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

**Defendant No. 4**

Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question     ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* Kent Allen Jr., is a citizen of the State of *(name)* Florida.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* Roland Powell, is a citizen of the State of *(name)* Georgia. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, (name) **Canopy Growth (David Klein)**, is incorporated under the laws of the State of (name) **Ontario**, and has its principal place of business in the State of (name) **Ontario**.

Or is incorporated under the laws of (foreign nation) **—**,

and has its principal place of business in (name) **Smiths Falls, Ontario**.

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because (explain):

With the idea of Canopy Growth that I expressed to Roland Powell at the age of 9 in the year of 1994 I'm looking for the relief of $95 million dollars for the idea I expressed to him.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Please see attachment →

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

With the idea of Canopy Growth that I expressed to Roland Powell at the age of 9 in the year of 1994 I'm looking for the relief of $95 million for the idea I expressed to him.

*State Memo of Claim*
Year 1994
Age 9

CANOPY GROWTH

While staying with Keyshia Cole I used to spend time with my birth brother Roland Powell also known as Lil Duval whom stayed close to me. At nights, we would take walks and joke together. This is another skill I do have but I rarely tell them I it can hurt people feelings. One night as we were walking together I had to use the bathroom. Unfortunately, we were far away from both his house and also Keyshia place. I seen a can on the ground so I picked it up and urinated inside the can. This is when I thought of the name Canopy Growth. It come from a can as the material and also because a urinated (pee) inside the can. Also at the time I know of a place name Canopy located in Florida. I knew of the place because I used to visit family members in Florida. Doing the road trip my mother used to make me urinate inside a can so she didn't have to stop at a rest stop. One thing, I've learned is it's better to urinate inside a plastic bottle as it slow down an individual heartbeat. The growth part come to motion because I'm into gardening so I used to put plants inside the can. While we were young I told him to use the name for a large dispensary company because by the time we grew up cannabis would be legally in many states as we see today. Sadly, my mother moved to the rural area in Georgia.

Severed loss of memory——

due to severing multiple concussion from playing football so I ended up having to play basketball as a kid, focusing on college, and working two jobs right after high school, also formed another whole set of friends. Since meeting many of them when we were kids throughout the years my memory became very faded. Partly, due to my mother moving me to different locations growing up. Once, I got older doing high school my mother become very ill so I had to work to help with bills. After high school her status was the same so I had to work two jobs at times. Later, on at the age of 30 my mother passed away which if I was compensated from my ideas I would have covered her medical cost. Around the age of 26, I started attending college and was able to finish with a bachelor in business and also a MBA degree. I graduated with a 3.5 gpa. I did severe from a loss of memory due to multiple concussion from playing football so I ended up having to play basketball as a kid, focusing on college, and working two jobs right after high school, also formed another whole set of friends my memory of certain things in my childhood was forgotten which is when I made contact with these people. I don't look for anyone to face any form of incarnation due to these different incidents. I only look to be compensated and also given credit for my ideas. Each artist is still special to me and unique in their own way. Also just looking to have my personal life back as these individuals have businesses in the different areas I stayed and also visited



Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 5-21-2021

Signature of Plaintiff: [signature]
Printed Name of Plaintiff: Kent Allen Jr.

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____